RECEIVED
IN MONROE, LA
JUL 2 0 2006
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALVIN ESPRIT | CIVIL ACTION NO. 0 6-0311 |
| VS. | SECTION P |
| LA. DEPARTMENT OF CORRECTIONS | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's action is **DISMISSED WITH PREJUDICE** under 28 U.S.C. §1915(e)(2)(B)(i) as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, Monroe, Louisiana, on this ___20___ day of ___July___, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE